## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ANNETTE YUCHA, etc.,
      Plaintiff,


vs.                                              CASE NO. 8:15-CIV-1038-T-EAK-TGW


CARNE CHOP HOUSE, INC.,
      Defendant.
_____/

### ORDER

      This cause is before the Court on the motion for approval of settlement agreement and dismissal of the case with prejudice (Docket No. 24).  The Court finds the motion well-taken. Accordingly, it is

      **ORDERED** that the motion for approval of settlement agreement and dismissal of the case with prejudice (Docket No. 24) be **granted**, the settlement is approved by the Court, and the case is dismissed with prejudice.  The Clerk of Court is directed to close this case and to terminate any pending motions.

      **DONE and ORDERED** in Chambers, in Tampa, Florida, this 20th day of April, 2016.


ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record